AUTHORIZATION OF MEMBER/MANAGERS

FOR CHAPTER 11 FILING FOR

WOODEND, LLC

The Member/Managers of Woodend, LLC (the "Company") convened on April 28, 2011, for the purpose of considering filing a Chapter 11 bankruptcy case. A vote was taken and a majority interest voted in favor of a resolution authorizing filing. It is, therefore,

RESOLVED, that an appropriate officer, employee, or agent of the Company be and he or she is hereby authorized to file a petition on behalf of the Company pursuant to Chapter 11 of Title 11 of the United States Bankruptcy Code.

DATED this the 27th day of June, 2011.

_____
Member/Manager on behalf of the
Member/Managers

Woodend, LLC
P.O. Box 5274
Lake Wylie, SC 29710


Richard M. Mitchell
Mitchell & Culp PLLC
1001 Morehead Square Drive, Ste. 330
Charlotte, NC 28203


NC Dept. of Revenue
P.O. Box 1168
Raleigh, NC 27602-1168


Betty Hill
c/o Robert S. Shelton
Bellamy Law Firm
1000-29th Avenue N
Myrtle Beach, SC 29577


Carl Clemmons
c/o Robert S. Shelton
Bellamy Law Firm
1000-29th Ave. N
Myrtle Beach, SC 29577


City County Tax Coll.
Collection Division
P.O. Box 31637
Charlotte, NC 28281


Dale Hill
c/o Robert S. Shelbon
Bellamy Law Firm
1000-29th Ave. N
Myrtle Beach, SC 29577


Deerfield Plantation, Inc.
c/o Richard M. Smith
McNair Law Firm
P.O. Box 1469
Pawleys Island, SC 29585


Deertrack Golf and Country Club, Inc.
c/o Richard M. Smith
McNair Law Firm
P.O. Box 1469
Pawleys Island, SC 29585

Deertrack Golf, Inc.
c/o Richard M. Smith
McNair Law Firm
P.O. Box 1469
Pawleys Island, SC 29585


Deertrack Management, LLC
1925 Shore Lane
Myrtle Beach, SC 29575



Est. John Schaad
Ann Schaad, Exe
c/o Richard M. Smith
P.O. Box 1469
Pawleys Island, SC 29585


Fifth Third Bank
201 N. Tryon St, #1800
Charlotte, NC 28202



Gaston County Tax Coll.
128 W. Main Avenue
P.O. Box 1578
Gastonia, NC 28053


Geraldine Clemmons
c/o Robert S. Shelton
Bellamy Law Firm
1000-29th Ave. N
Myrtle Beach, SC 29577


Horry County Tax Coll.
Government & Justice Ctr.
1301 Second Avenue
Conway, SC 29526


I.R.S.
P.O. Box 21126
Philadelphia, PA 19114



Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

Jerry H. Pettus, Sr.
5102 N. Ocean Blvd.
Myrtle Beach, SC 29577


McCray Smith
P.O. Box 1315
Waxhaw, NC 28173


McNair Law Firm, PA
2411 Oak St., #206
Myrtle Beach, SC 29577


Moore & Van Allen, PA
40 Calhoun St., #300
Charleston, SC 29211


National Bank of SC
2411 Oak Street,  #101
Myrtle Beach, SC 29577


National Bank of SC
c/o Tara Nauful
Hayesworth, Sinkler, Boyd, PA
1201 Main St., 22nd Fl.
Columbia, SC 29201


NC Dept. of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168


SC Dept. of Revenue
301 Gervais St.
P.O. Box 125
Columbia, SC 29214


Signs Now
1721-7A Sardis Road, N
Charlotte, NC 28270

```
Sowell, Gray, Steppe, LLC
P.O. Box 11449
Columbia, SC 29211




US Attorney's Office
227 W. Trade St.
17th Floor
Charlotte, NC 28202



US Bankruptcy Adm.
402 W. Trade Street
Room 200
Charlotte, NC 28202-1669



Wingfoot Land Management, LLC
14040 S. Tryon St.
Chalrotte, NC 28278
```

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

In re:   **Woodend, LLC**

Debtor

Case No. _____

Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **4** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:   **6/27/2011** _____

Signed: **s/ Jerry H. Pettus, Sr.** _____
**Jerry H. Pettus, Sr.**

Signed: _____

**Richard M. Mitchell**
Attorney for Debtor(s)
Bar no.:   **3034**
**Mitchell & Culp PLLC**
**1001 Morehead Square Drive, Ste. 330**
**Charlotte, NC 28203**
Telephone No.:   **(704) 333-0630**
Fax No.:   **(704) 333-4975**
E-mail address:

| United States Bankruptcy Court<br>Western District of North Carolina<br>Charlotte Division | **Voluntary Petition** |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Woodend, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**surving entity merger Woodend, LLC & Deertrack Investors, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):<br>**20-4045804** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**14040 South Tryon Street**<br>**Charlotte, NC**<br><br>ZIP CODE **28278** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Mecklenburg** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 5274**<br>**Lake Wylie, SC**<br><br>ZIP CODE **29710** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Belmont, NC and Surfside Beach, SC** | ZIP CODE **29710** |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box) |
| --- | --- | --- |
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☑ Debts are primarily business debts. |
| --- | --- | --- |

| **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*). _ _ _ _ _ _ _ _ _ _ _<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| --- | --- |

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
| --- | --- |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Woodend, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | **X**   **Not Applicable** _____ |
| | Signature of Attorney for Debtor(s)        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☑ Yes, and Exhibit C is attached and made a part of this petition.

☐ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Woodend, LLC |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X   **Not Applicable**<br>     Signature of Debtor<br><br>X   **Not Applicable**<br>     Signature of Joint Debtor<br><br>     Telephone Number (If not represented by attorney)<br><br>     Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X   **Not Applicable**<br>     (Signature of Foreign Representative)<br><br>     (Printed Name of Foreign Representative)<br><br>     Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X<br>     Signature of Attorney for Debtor(s)<br><br>**Richard M. Mitchell   Bar No.   3034**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Mitchell & Culp PLLC**<br>Firm Name<br><br>**1001 Morehead Square Drive, Ste. 330 Charlotte, NC 28203**<br>Address<br><br>**(704) 333-0630**      **(704) 333-4975**<br>Telephone Number<br><br>**6/27/2011**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X   **Not Applicable** |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X   **s/ Jerry H. Pettus, Sr.**<br>     Signature of Authorized Individual<br><br>**Jerry H. Pettus, Sr.**<br>Printed Name of Authorized Individual<br><br>**Manager**<br>Title of Authorized Individual<br><br>**6/27/2011**<br>Date | Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

In re: **Woodend, LLC**                                                              .                    Case No.

                                                    **Debtor**                              Chapter    **11**

# Exhibit "A" to Voluntary Petition

1.      If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is .

2.      The following financial data is the latest available information and refers to debtor's condition on .

a.      Total assets                                                    $ _____ **8,907,881.27**

b.      Total debts (including debts listed in 2.c., below)          $ _____ **7,402,130.52**

                                                                                                    Approximate
                                                                                                    number of
                                                                                                    holders

c.      Debt securities held by more than 500 holders.

        secured                  unsecured                  subordinated          _____          _____

d.      Number of shares of preferred stock                        _____          _____

e.      Number of shares of common stock                           _____               **2**

        Comments, if any:

3.      Brief description of debtor's business:

        **Real estate development**

4.      List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

        **Windfoot Land Management, LLC-72%**
        **McCray Smith-28%**

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Western District of North Carolina
### Charlotte Division

In re **Woodend, LLC**_____, Case No. _____

Debtor

Chapter **11**_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **McNair Law Firm, PA**<br>**2411 Oak St., #206**<br>**Myrtle Beach, SC 29577** | **Accounts Receivable**<br>**704-347-1170**<br>**McNair Law Firm, PA**<br>**2411 Oak St., #206**<br>**Myrtle Beach, SC 29577** | **Professional Services** | | $48,548.27 |
| **Moore & Van Allen, PA**<br>**40 Calhoun St., #300**<br>**Charleston, SC 29211** | **Accounts Receivable**<br>**704-331-1000**<br>**Moore & Van Allen, PA**<br>**40 Calhoun St., #300**<br>**Charleston, SC 29211** | **Professional Services** | | $1,917.00 |
| **Signs Now**<br>**1721-7A Sardis Road, N**<br>**Charlotte, NC 28270** | **Accounts Receivable**<br>**704-844-0552**<br>**Signs Now**<br>**1721-7A Sardis Road, N**<br>**Charlotte, NC 28270** | **Trade** | | $1,292.43 |
| **Sowell, Gray, Steppe, LLC**<br>**P.O. Box 11449**<br>**Columbia, SC 29211** | **Accounts Receivable**<br>**803-929-1400**<br>**Sowell, Gray, Steppe, LLC**<br>**P.O. Box 11449**<br>**Columbia, SC 29211** | **Professional Services** | | $49.50 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Woodend, LLC** _____ , Case No. _____
                          Debtor                      Chapter  **11**  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Jerry H. Pettus, Sr., Manager of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **6/27/2011** _____        Signature:   **s/ Jerry H. Pettus, Sr.** _____

                                                  **Jerry H. Pettus, Sr. ,Manager** _____
                                                  (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B6F (Official Form 6F) (12/07)

In re **Woodend, LLC** _____    Case No. _____
                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **Unknown** |
| Betty Hill c/o Robert S. Shelton Bellamy Law Firm 1000-29th Avenue N Myrtle Beach, SC 29577 | | | | | | | |
| ACCOUNT NO. | | | | | | | **Unknown** |
| Carl Clemmons c/o Robert S. Shelton Bellamy Law Firm 1000-29th Ave. N Myrtle Beach, SC 29577 | | | | | | | |
| ACCOUNT NO. | | | | | | | **Unknown** |
| Dale Hill c/o Robert S. Shelbon Bellamy Law Firm 1000-29th Ave. N Myrtle Beach, SC 29577 | | | | | | | |
| ACCOUNT NO. | | | | | | | **Unknown** |
| Deerfield Plantation, Inc. c/o Richard M. Smith McNair Law Firm P.O. Box 1469 Pawleys Island, SC 29585 | | | | | | | |
| ACCOUNT NO. | | | | | | | **Unknown** |
| Deertrack Golf and Country Club, Inc. c/o Richard M. Smith McNair Law Firm P.O. Box 1469 Pawleys Island, SC 29585 | | | | | | | |

4  Continuation sheets attached



Subtotal ➢ | $ | **0.00**

Total ➢ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Woodend, LLC_____    Case No. _____
                              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | Unknown |
| Deertrack Golf, Inc. c/o Richard M. Smith McNair Law Firm P.O. Box 1469 Pawleys Island, SC 29585 | | | | | | | |
| ACCOUNT NO. | | | | | | | 4,000,000.00 |
| Deertrack Management, LLC 1925 Shore Lane Myrtle Beach, SC 29575 | | | Secured | | | | |
| ACCOUNT NO. | | | | | | | Unknown |
| Est. John Schaad Ann Schaad, Exe c/o Richard M. Smith P.O. Box 1469 Pawleys Island, SC 29585 | | | | | | | |
| ACCOUNT NO. | X | | | | | | 427,078.23 |
| Fifth Third Bank 201 N. Tryon St, #1800 Charlotte, NC 28202 | | | Secured | | | | |
| ACCOUNT NO. | | | | | | | NPO |
| Gaston County Tax Coll. 128 W. Main Avenue P.O. Box 1578 Gastonia, NC 28053 | | | | | | | |

Sheet no. _1_ of _4_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **4,427,078.23**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Woodend, LLC** _____   Case No. _____
                                  Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | Unknown |
| **Geraldine Clemmons c/o Robert S. Shelton Bellamy Law Firm 1000-29th Ave. N Myrtle Beach, SC 29577** | | | | | | | |
| ACCOUNT NO. | | | | | | | NPO |
| **Horry County Tax Coll. Government & Justice Ctr. 1301 Second Avenue Conway, SC 29526** | | | | | | | |
| ACCOUNT NO. | | | | | | | NPO |
| **Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114-0326** | | | | | | | |
| ACCOUNT NO. | | | | | | | NPO |
| **Jerry H. Pettus, Sr. 5102 N. Ocean Blvd. Myrtle Beach, SC 29577** | | | | | | | |
| ACCOUNT NO. | | | | | | | NPO |
| **McCray Smith P.O. Box 1315 Waxhaw, NC 28173** | | | | | | | |

Sheet no. _2_ of _4_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $                0.00

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Woodend, LLC** _____   Case No. _____

                        **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **McNair Law Firm, PA** <br> **2411 Oak St., #206** <br> **Myrtle Beach, SC 29577** | | | | | | | **48,548.27** |
| ACCOUNT NO. <br><br> **Moore & Van Allen, PA** <br> **40 Calhoun St., #300** <br> **Charleston, SC 29211** | | | | | | | **1,917.00** |
| ACCOUNT NO. <br><br> **National Bank of SC** <br> **c/o Tara Nauful** <br> **Hayesworth, Sinkler, Boyd, PA** <br> **1201 Main St., 22nd Fl.** <br> **Columbia, SC 29201** | | | | | | | **NPO** |
| ACCOUNT NO. <br><br> **National Bank of SC** <br> **2411 Oak Street, #101** <br> **Myrtle Beach, SC 29577** | X | | **Secured** | | | | **2,918,651.09** |
| ACCOUNT NO. <br><br> **NC Dept. of Revenue** <br> **P.O. Box 1168** <br> **Raleigh, NC 27602-1168** | | | | | | | **NPO** |

Sheet no. _3_ of _4_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ **2,969,116.36**

Total ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  __Woodend, LLC_____  Case No. _____
                               **Debtor**                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **SC Dept. of Revenue** <br> **301 Gervais St.** <br> **P.O. Box 125** <br> **Columbia, SC 29214** | | | | | | | **NPO** |
| ACCOUNT NO. <br><br> **Signs Now** <br> **1721-7A Sardis Road, N** <br> **Charlotte, NC 28270** | | | | | | | **1,292.43** |
| ACCOUNT NO. <br><br> **Sowell, Gray, Steppe, LLC** <br> **P.O. Box 11449** <br> **Columbia, SC 29211** | | | | | | | **49.50** |
| ACCOUNT NO. <br><br> **Wingfoot Land Management, LLC** <br> **14040 S. Tryon St.** <br> **Chalrotte, NC 28278** | | | | | | | **4,594.00** |

Sheet no. _4_ of _4_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $          **5,935.93**

Total ➤ $          **7,402,130.52**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Western District of North Carolina
## Charlotte Division

In re  **Woodend, LLC**_____,          Case No. _____

                                              Debtor

                                                           Chapter   __11__

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 0 | $    8,900,000.00 | | |
| B - Personal Property | YES | 0 | $    7,881.27 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 0 | | $    0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 0 | | $    0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $    7,402,130.52 | |
| G - Executory Contracts and Unexpired Leases | YES | 0 | | | |
| H - Codebtors | YES | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 5 | $    8,907,881.27 | $    7,402,130.52 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Western District of North Carolina
### Charlotte Division

In re   **Woodend, LLC**                                          Case No. _____

                                        Debtor              Chapter   **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   0.00 |
| Student Loan Obligations (from Schedule F) | $   0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $   0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   0.00 |
| TOTAL | $   0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   0.00 |
| Average Expenses (from Schedule J, Line 18) | $   0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   0.00 |

**United States Bankruptcy Court**
**Western District of North Carolina**
**Charlotte Division**

In re  **Woodend, LLC**

Debtor

Case No. _____

Chapter  **11**

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   **0.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   **0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   **0.00** |
| 4. Total from Schedule F | | $   **7,402,130.52** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   **7,402,130.52** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Woodend, LLC** _____     Case No. _____
                              **Debtor**                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Jerry H. Pettus, Sr.**, the **Manager** of the **Corporation** named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of     **6**_____ sheets *(Total shown on summary page plus 1)*,
and that they are true and correct to the best of my knowledge, information, and belief.

Date    **6/27/2011**_____          Signature:   **s/ Jerry H. Pettus, Sr.**_____

                                                          **Jerry H. Pettus, Sr. Manager**_____
                                                          [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*